IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       1:17-cr-3338-JMC

MILTON BOUTTE,
JOE DIAZ,
ARTURO VARGAS,
and GEORGE LOWE,

    Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION FOR STATUS CONFERENCE AND
## ENTRY OF NEW SCHEDULING ORDER

On July 2, 2018, Defendant George Lowe filed a motion for status conference and entry of new scheduling order. In that motion, Mr. Lowe states that the motions pending before this Court could take considerable time to fully resolve. Mr. Lowe's co-defendants do not oppose the motion. The United States does not oppose the request for a status conference, but has not consented to entry of a new scheduling order. The Clerk reassigned this matter to the undersigned judge on June 19, 2018.

FOR GOOD CAUSE SHOWN, this Court GRANTS Mr. Lowe's request for a status conference. At this time, this Court DENIES Mr. Lowe's motion for entry of new scheduling order and will reconsider the request after the status conference.

This Court ORDERS that the parties appear for a telephonic status conference on **Monday, July 9, 2018 at 10:00 a.m.** The parties shall call Judge Carson's Meet Me line at 505-348-2686 to be connected to the proceedings.

IT IS SO ORDERED.

Entered for the Court
this the 3rd day of July, 2018

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation