IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     1:17-cr-3338-JMC

MILTON BOUTTE,
JOE DIAZ,
ARTURO VARGAS,
and GEORGE LOWE,

    Defendants.

## ORDER GRANTING THE UNITED STATES' AMENDED MOTION FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS

On June 25, 2019, the government filed a Motion for Extension of Time to Produce Documents (Doc. No. 192). Specifically, the government represents that it is in the process of reviewing many thousands of pages of documents related to the W91260-04-C-001 and W91260-05-C-001 contracts. The government further represents that it is devoting significant resources to the project and requests a sixty-day extension for the production of documents. The government indicated that Defendant Milton Boutte did not oppose the request.

On June 26, 2019, the government filed an Amended Motion for Extension of Time to Produce Documents (Doc. No. 193). In the amended motion, the government stated that it misunderstood Defendant Boutte's position. Defendant Boutte's non-opposition was predicated upon the government relinquishing all of its objections to and disagreements with each of defense counsel's document requests and producing everything defense counsel has requested within sixty days, whether the court's order covered the material or not.

Defendant Boutte filed a response to the amended motion. He expresses concern about the impact the production will have on the schedule of this case.

FOR GOOD CAUSE SHOWN, the Court GRANTS the government's Amended Motion for Extension of Time to Produce Documents and DENIES AS MOOT the government's Motion for Extension of Time to Produce Documents. The court extends the government's deadline to produce documents related to the contracts until **August 26, 2019**. The Court will issue a Third Amended Scheduling Order extending the deadline for the Consolidated Final Pretrial Order and disclosure of exhibit and witness lists.

IT IS SO ORDERED.

    Entered for the Court
this the 27th day of June, 2019

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation