IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 1:17-cr-3338-JMC

MILTON BOUTTE,
JOE DIAZ,
ARTURO VARGAS,
and GEORGE LOWE,

    Defendants.

## **THIRD AMENDED SCHEDULING ORDER**

For reasons appearing to the Court, the Court VACATES the March 12, 2019 Second Amended Scheduling Order. The Court imposes the following deadlines and directions:

1. September 13, 2019: *James* Hearing at 1:30 p.m., Third Floor Courtroom, Joe Skeen Federal Building and U.S. Courthouse, 500 North Richardson Avenue, Roswell, New Mexico 88201;

2. September 27, 2019: Consolidated Final Pretrial Order; disclosure of exhibit and witness lists;

3. October 4, 2019: Pretrial Conference at 9:00 a.m., Third Floor Courtroom, Joe Skeen Federal Building and U.S. Courthouse, 500 North Richardson Avenue, Roswell, New Mexico 88201;

4. October 30, 2019: Jury Selection/Trial at 9:00 a.m.

    Pete V. Domenici U.S. Courthouse

    333 Lomas Boulevard NW

    Albuquerque, New Mexico 87102.

*Directions*

Discovery: The Court orders that the United States shall continuously make available discovery on an ongoing basis, and make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972), and the Jencks Act, 18 U.S.C. § 3500.

Trial: The trial will last one week (six days from Wednesday, October 30, 2019, through Wednesday, November 6, 2019). The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

Entered for the Court
this the 27th day of June, 2019

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation