IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                            1:17-cr-3338-JMC

MILTON BOUTTE,
JOE DIAZ,
ARTURO VARGAS,
and GEORGE LOWE,

        Defendants.

## ORDER GRANTING DEFENDANT JOE DIAZ'S MOTION TO CONTINUE DEADLINE FOR OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTATION REPORT AND TO FILE SENTENCING MEMORANDUMS

On September 11, 2020, Defendant Joe Diaz filed a Motion to Continue Deadline for Objections to Presentence Investigation Report (Doc. 275).  In that motion, he requests that the Court continue this deadline until two weeks after the close of trial, or alternatively, until resolution of the matter against the remaining defendants in this action.  Defendant Diaz indicated that the government does not oppose the motion.  Also on September 11, 2020, Defendant George Lowe and the government filed a Joint Motion for Extension of Time to File Objections to the Presentence Investigation Report and to File Sentencing Memorandums (Doc. 277).  Defendant Lowe and the government also ask for an extension of this deadline until two weeks after Defendant Boutte is convicted, acquitted, or changes his plea to guilty. Federal Rule of Criminal Procedure 32(b)(2) permits a court, for good cause, to change any time limits prescribed in that Rule.

FOR GOOD CAUSE SHOWN, this Court GRANTS both Defendant Diaz and Defendant Lowe's motions. Both Defendants and the government shall have until two weeks after Mr. Boutte is convicted, acquitted, or changes his plea to guilty to file objections to the presentence investigation reports and sentencing memoranda.

IT IS SO ORDERED.

    Entered for the Court
    this the 16th day of September, 2020

    /s/ Joel M. Carson III_____
    Joel M. Carson III
    United States Circuit Judge
    Sitting by Designation