IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                                    1:17-cr-3338-JMC

MILTON BOUTTE,
JOE DIAZ,
ARTURO VARGAS,
and GEORGE LOWE,

      Defendants.

## ORDER

On January 10, 2022, counsel for the government and Defendant Boutte appeared before the Court for a pretrial conference. At the pretrial conference, the Court ordered the government to file its objection to Defendant's requested instruction regarding his public authority defense on or before January 12, 2022. The government filed that objection on January 10, 2022. On January 12, 2022, the government filed objections to Defendant's proposed jury instructions.

On January 13, 2022, counsel for Defendant Boutte objected to the government's January 12 objections by email copied to the government. Defendant Boutte requested that the Court disregard the government's objections except for the objection related to the public authority defense. Alternatively, Defendant Boutte requests that Defendant Boutte have until January 19, 2022 to respond to the government's objections.

The Court will not strike the government's objections relating to the proposed jury instructions. It will, however, allow Defendant Boutte until January 19, 2022 to file any response to those objections. Therefore, Defendant Boutte shall file any response on or before **January 19, 2022**.

IT IS SO ORDERED.

                    Entered for the Court
                    this the 13th day of January, 2022

/s/ Joel M. Carson III_____
Joel M. Carson III
United States Circuit Judge
Sitting by Designation