IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                 1:17-cr-3338-JMC

MILTON BOUTTE,
JOE DIAZ,
ARTURO VARGAS,
and GEORGE LOWE,

      Defendants.

## SEVENTH AMENDED SCHEDULING ORDER

On January 26, 2022, the parties appeared before the Court, by counsel, for a status and scheduling conference. The parties agreed the need for a rescheduled trial to commence in June 2022. The Court imposes the following deadlines and directions:

1. April 25, 2022:     Optional Amended Consolidated Final Pretrial Order;

                                 Optional amended disclosure of exhibit and witness lists;

2. May 24, 2022:      Pretrial Conference at 8:30 a.m., Third Floor Courtroom, Joe Skeen Federal Building and U.S. Courthouse, 500 North Richardson Avenue, Roswell, New Mexico 88201;

3. June 13, 2022:     Jury Selection (location to be determined)/Trial at 8:30 a.m.

                                 U.S. Courthouse

                                 421 Gold SW

                                 Albuquerque, New Mexico 87102.

*Directions*

Discovery: The Court orders that the United States shall continuously make available discovery on an ongoing basis, and make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972), and the Jencks Act, 18 U.S.C. § 3500.

Trial: The trial will last a maximum **two weeks**. The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

Entered for the Court
this the 31st day of January, 2022

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation