IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                  1:17-cr-3338-JMC

MILTON BOUTTE,
JOE DIAZ,
ARTURO VARGAS,
and GEORGE LOWE,

      Defendants.

## ORDER DIRECTING THE PARTIES TO MEET AND CONFER

On December 5, 2022, United States Probation disclosed the fourth of four presentence investigation reports in this criminal action.  On March 2, 2023, the Court issued an order denying Defendant Milton Boutte's renewed motion for judgment of acquittal and motion for judgment notwithstanding the verdict.  Thus, all Defendants may proceed to sentencing.

The Court ORDERS the parties to meet and confer regarding possible sentencing dates. The parties shall file a status report with the Court on or before **March 24, 2023**.  In that report, the parties shall provide the Court with three possible sentencing dates no later than June 30, 2023 agreed to by the parties.  Each of these dates must be over a two-consecutive-day period.  The Court will sentence Defendants in Albuquerque, New Mexico.  The Court notes that it will be participating in oral arguments and unable to sentence Defendants the week of May 15, 2023.

      IT IS SO ORDERED.

                                                                Entered for the Court
                                                                this the 16th day of March, 2023
                                                                /s/ Joel M. Carson III
                                                                Joel M. Carson III
                                                                United States Circuit Judge
                                                                Sitting by Designation