# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff

v.          No. 1:17-cr-3338 JMC

MILTON BOUTTE, JOE DIAZ,
ARTURO VARGAS AND GEORGE LOWE,

    Defendants.

## ORDER SETTING SENTENCING HEARINGS AND RELATED DEADLINES

The Court held a Status Conference on April 10, 2023 to confer with the parties regarding Defendants' sentencing hearings. Defendants will appear for sentencing on June 20 and 21, 2023 in Albuquerque, New Mexico in Courtroom (TBD) on the dates and times follows:

| DEFENDANT | DATE AND TIME |
|---|---|
| Milton Boutte | June 20 at 8:30 a.m. to 12:30 p.m. |
| Arturo Vargas | June 20 at 1:30 p.m. |
| George Lowe | June 21 at 8:30 a.m. |
| Joe Diaz | June 21 immediately following Defendant Lowe's hearing, but no earlier than 10:30 a.m. |

Pursuant to the Joint Status Report [Doc. 376] filed on March 24, 2023, the parties have stipulated to the following deadlines to file pre-sentence pleadings:

Defendants shall file objections to the Presentence Investigation Report ("PSR") and sentencing memorandum 21 days prior to sentencing; the United States shall file a response to Defendants' objections to the PSR 14 days prior to the sentencing hearing; and Defendants' reply in support of any objections to the PSR are due 7 days prior to the sentencing hearing.

The Court further orders that the United States file any 5K motions 14 days prior to the sentencing hearing.

- 2 -

Additionally, Defendant Lowe shall be prepared to address all issues pertaining to his position that his plea was conditioned upon his release pending appeal.

IT IS SO ORDERED.

                                        Entered for the Court
                                        this the 18th day of April, 2023

                                        /s/ Joel M. Carson III_____
                                        Joel M. Carson III
                                        United States Circuit Judge
                                        Sitting by Designation